THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN JOHNSON, AS THE REPRESENTATIVE OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF OF THE ROYAL CARIBBEAN CRUISES LTD. RETIREMENT SAVINGS PLAN,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL INVESTMENT MANAGEMENT LLC,<br><br>Defendant. | No. 2:21-cv-00743-RSM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RUSSELL INVESTMENT MANAGEMENT, LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**Noting Date: June 15, 2021** |

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Ann Johnson, as representative of a class of similarly situated persons, and on behalf of the Royal Caribbean Cruise Ltd. Retirement Savings Plan, and Defendant Russell Investment Management, LLC ("RIM" and collectively, the "Parties"), by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree that RIM waives service of the Complaint filed on June 7, 2021, and of the Summons issued on June 8, 2021, and that the deadline for RIM to answer or otherwise

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER (NO. 2:21-CV-00743-RSM) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

respond to the Complaint shall be extended until Tuesday, August 10, 2021. This is the first request to extend the deadline for RIM to answer or otherwise respond to the Complaint and is made to allow RIM adequate time to review the Complaint and prepare a response. RIM avers that there is good cause to grant this request, which is not made for the purposes of delay. RIM states that it requires sufficient time to evaluate the allegations in the Complaint, which asserts a cause of action on behalf of a putative class. Through this Stipulation, RIM does not intend to waive any defenses, other than the sufficiency of service of the Summons and Complaint on RIM. The Parties request that the Court approve this stipulation and enter the subjoined order to extend the time for Defendant RIM to respond to the Complaint to August 10, 2021.

IT IS SO STIPULATED this 15th of June, 2021.

**PERKINS COIE LLP**

By s/*Nicola Menaldo*
Nicola Menaldo, Esq., WSBA #44459
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
nmenaldo@perkinscoie.com

**MILBANK LLP**

Sean M. Murphy, Esq.*
Robert C. Hora, Esq.*
Vanessa Gonzalez-Ahmed, Esq.*
Maria Esperanza Ortiz, Esq.*
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5688
smurphy@milbank.com
rhora@milbank.com
vgonzalez-ahmed@milbank.com
mortiz@milbank.com
*Attorneys for Defendant
Russell Investment Management, LLC*

*pro hac vice pending

**SCHROETER GOLDMARK & BENDER, P.S.**

By s/*Lindsay L. Halm*
Lindsay L. Halm, Esq., WSBA #20714
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone: (206) 622-8000
halm@sgb-law.com
*Attorneys for Plaintiff Ann Johnson*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER (NO. 2:21-CV-00743-RSM) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant Russell Investment Management, LLC to answer or otherwise respond to Plaintiff's Complaint shall be extended to August 10, 2021.

DATED this 16th day of June, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Nicola Menaldo
Nicola Menaldo, WSBA #44459
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000
Email: NMenaldo@perkinscoie.com

*Attorneys for Defendant Russell Investment Management LLC*

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER (NO. 2:21-CV-00743-RSM) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000