THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANN JOHNSON, AS THE REPRESENTATIVE OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF OF THE ROYAL CARIBBEAN CRUISES LTD. RETIREMENT SAVINGS PLAN,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL INVESTMENTS TRUST COMPANY (F/K/A RUSSELL TRUST COMPANY), ROYAL CARIBBEAN CRUISES LTD., AND ROYAL CARIBBEAN CRUISES LTD. INVESTMENT COMMITTEE<br><br>Defendants. | Case No.: 2:21-cv-00743-RSM<br><br>**STIPULATION AND ORDER REGARDING AMENDED COMPLAINT AND INITIAL SCHEDULING DATES**<br><br>NOTE ON MOTION CALENDAR:<br>September 20, 2021 |

Plaintiff Ann Johnson, as representative of a class of similarly situated persons, and on behalf of the Royal Caribbean Cruises Ltd. Retirement Savings Plan, and Defendants Russell Investments Trust Company ("RITC"), Royal Caribbean Cruises Ltd. ("Royal Caribbean"), and the Royal Caribbean Cruises Ltd. Investment Committee ("Investment Committee") (collectively, the "Parties"), by and through their undersigned counsel and

subject to the approval of the Court, hereby stipulate and agree as follows:

WHEREAS, Plaintiff and former Defendant Russell Investment Management LLC previously stipulated and agreed that Plaintiff would file an amended complaint on or before August 30, 2021 and that the deadline to answer or otherwise respond to the amended complaint would be September 30, 2021 (ECF No. 28);

WHEREAS, the Court approved the prior stipulation in an Order dated July 29, 2021 (ECF No. 29);

WHEREAS, Plaintiff filed her First Amended Complaint on August 30, 2021 (ECF No. 31);

WHEREAS, the First Amended Complaint substituted RITC for Russell Investment Management LLC, and additionally named Royal Caribbean and the Investment Committee as Defendants;

WHEREAS, the undersigned counsel for RITC has agreed to accept service on behalf of RITC;[1]

WHEREAS, the undersigned counsel for Royal Caribbean and the Investment Committee (the "Royal Caribbean Defendants") has agreed to accept service on behalf of the Royal Caribbean Defendants;

WHEREAS, the Royal Caribbean Defendants request additional time to respond to the First Amended Complaint, as the newly added Defendants need additional time to adequately analyze and evaluate the factual and legal allegations in the 83-paragraph pleading;

WHEREAS, the Parties have agreed that the Royal Caribbean Defendants may have until November 1, 2021 to respond to the Amended Complaint;

WHEREAS, the Parties have further agreed that the same deadline shall apply to RITC and that RITC also may have until November 1, 2021 to respond to the Amended Complaint;

---

[1] RITC's undersigned counsel also served as counsel for former Defendant Russell Investment Management LLC.

STIPULATION AND ORDER REGARDING AMENDED COMPLAINT
AND SCHEDULING DATES - 2
CASE NO. C21-743RSM

NICHOLS KASTER PLLP
80 South Eighth Street, Ste. 4700
Minneapolis, MN 55402

1       WHEREAS, the Court's Order dated July 29, 2021 states that "the parties named in the amended complaint shall provide the Court with revised proposed Initial Scheduling Dates, addressing the deadlines for the FRCP 26(f) Conference, Initial Disclosures, and Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16, within 10 days of service of the amended complaint on all defendants"; and

      WHERAS, the Parties have met and conferred regarding these Initial Scheduling Dates, and have reached agreement on the deadlines referenced in the Court's Order;

      IT IS HEREBY STIPULATED AND AGREED by and between the Parties, subject to the approval of the Court, that (1) the undersigned counsel for RITC accepts service of the Amended Complaint on behalf of RITC and in so doing waives the need for formal service of process but reserves all other defenses and arguments that RITC may have with respect to the Amended Complaint; (2) the undersigned counsel for the Royal Caribbean Defendants accepts service of the Amended Complaint on behalf of the Royal Caribbean Defendants, and in so doing waives the need for formal service of process but reserves all other defenses and arguments that the Royal Caribbean Defendants may have with respect to the Amended Complaint; (3) the deadline for all Defendants to answer or otherwise respond to the Amended Complaint shall be November 1, 2021; (4) the deadline for the Parties to hold the FRCP 26(f) conference shall be November 15, 2021; (5) the deadline for the Parties to serve Initial Disclosures pursuant to FRCP 26(a)(1) shall be November 22, 2021; and (6) the deadline for the Parties to submit a Combined Joint Status Report and Discovery Plan pursuant to FRCP 26(f) and Local Rule CR 16 shall be December 1, 2021.

IT IS SO STIPULATED this 20th day of September, 2021.

| PERKINS COIE LLP | SCHROETER GOLDMARK & BENDER, P.S. |
|---|---|
| By *s/ Nicola C. Menaldo*<br>Karl J. Ege, Esq., WSBA #4796<br>Nicola C. Menaldo, Esq., WSBA #44459<br>1201 Third Avenue, Suite 4900 | By *s/ Lindsay L. Halm*<br>Lindsay L. Halm, Esq., WSBA #37141<br>401 Union Street, Suite 3400<br>Seattle, Washington 98101 |

STIPULATION AND ORDER REGARDING AMENDED COMPLAINT
AND SCHEDULING DATES - 3
CASE NO. C21-743RSM

**NICHOLS KASTER PLLP**
80 South Eighth Street, Ste. 4700
Minneapolis, MN 55402

| | |
|---|---|
| Seattle, Washington 98101 | Telephone: (206) 622-8000 |
| Telephone: (206) 359-8000 | halm@sgb-law.com |
| kege@perkinscoie.com | |
| nmenaldo@perkinscoie.com | **NICHOLS KASTER, PLLP** |
| | |
| **MILBANK LLP** | Paul J. Lukas, MN Bar No. 22084X* |
| | Kai H. Richter, MN Bar No. 0296545* |
| Sean M. Murphy, Esq.* | Brock J. Specht, MN Bar No. 0388343* |
| Robert C. Hora, Esq.* | Ben Bauer, MN Bar No. 0398853* |
| Vanessa Gonzalez-Ahmed, Esq.* | *admitted pro hac vice |
| Maria Esperanza Ortiz, Esq.* | 4700 IDS Center |
| *admitted pro hac vice | 80 S 8th Street |
| 55 Hudson Yards | Minneapolis, MN 55402 |
| New York, NY 10001 | Telephone: 612-256-3200 |
| Telephone: 212-530-5688 | Facsimile: 612-338-4878 |
| smurphy@milbank.com | lukas@nka.com |
| rhora@milbank.com | krichter@nka.com |
| vgonzalez-ahmed@milbank.com | bspecht@nka.com |
| mortiz@milbank.com | bbauer@nka.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff Ann Johnson* |
| *Russell Investments Trust Company* | |

**BARLOW COUGHRAN MORALES & JOSEPHSON, P.S.**

By *s/ Jeffrey G. Maxwell*
Jeffrey G. Maxwell, Esq., WBSA# 33503
1325 Fourth Avenue
Suite 910
Seattle WA 98101
Telephone: (206) 674-5212
jeffreym@bcmjlaw.com

**GROOM LAW GROUP, CHARTERED**

Lars C. Golumbic, Esq. (*pro hac vice* forthcoming)
Samuel I. Levin, Esq. (*pro hac vice* forthcoming)

| | |
|---|---|
| 1 | Nathaniel W. Ingraham, Esq. (*pro hac vice* forthcoming) |
| 2 | 1701 Pennsylvania Ave., NW Suite 1200 |
| 3 | Washington, DC 20006 |
| 4 | Telephone: 202-861-6615 lgolumbic@groom.com |
| 5 | slevin@groom.com ningraham@groom.com |

*Attorneys for Defendants Royal Caribbean Cruises Ltd. and Royal Caribbean Cruises Ltd. Investment Committee*

STIPULATION AND ORDER REGARDING AMENDED COMPLAINT
AND SCHEDULING DATES - 5
CASE NO. C21-743RSM

NICHOLS KASTER PLLP
80 South Eighth Street, Ste. 4700
Minneapolis, MN 55402

# ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall answer or otherwise respond to the First Amended Complaint on or before November 1, 2021.

IT IS FURTHER ORDERED that the deadline for the Parties to hold the FRCP 26(f) conference shall be November 15, 2021; the deadline for the Parties to serve Initial Disclosures pursuant to FRCP 26(a)(1) shall be November 22, 2021; and the deadline for the Parties to submit a Combined Joint Status Report and Discovery Plan pursuant to FRCP 26(f) and Local Rule CR 16 shall be December 1, 2021.

DATED this 21st day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Lindsay L. Halm
Lindsay L. Halm, Esq., WSBA #37141
**SCHROETER GOLDMARK & BENDER, P.S.**
401 Union Street, Suite 3400
Seattle, Washington 98101
Telephone: (206) 622-8000
halm@sgb-law.com

*Attorney for Plaintiff Ann Johnson*