United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ann Johnson, as the representative of a class of similarly situated persons, and on behalf of Royal Caribbean Cruises Ltd Retirement Savings Plan, Plaintiff,<br><br>v.<br><br>Russell Investments Trust Company, fka Russell Trust Company and others, Defendants. | Civil Action No. 22-21735-Civ-Scola |

### Second Order Staying Case

  This ERISA matter, a putative class-action case, has proceeded in fits and starts. It originated in the Western District of Washington in 2021, was transferred to this district in June 2022, was stayed at the request of the parties pending a mandatory administrative-claims process, and then finally reopened in March 2023. Thereafter, the Court agreed, at the parties' joint request, to set this case on track that is greatly protracted from the Court's standard scheduling track, admonishing the parties that further delays were unlikely to be granted absent particularly extenuating circumstances. The parties now seek yet another stay of these proceedings, looking to focus their time and resources on preparing for and participating in a mediation set for December 11, 2023. While another interruption to this litigation is not ideal, the Court agrees that the potential economies and efficiencies to be gained outweigh the additional two months' delay occasioned by the pause. Importantly, the parties advise that their discovery efforts to date have been robust and that, should their efforts at resolution fail, they pledge to pick up where they left off, committing to schedule depositions immediately after the stay is lifted. Also key is that the parties are in agreement as to the benefits of the stay.

  Accordingly, finding good cause, the Court **grants** the joint motion for a stay pending mediation (**ECF No. 129**) and directs the Clerk to **administratively close this case**. The Plaintiffs must file a joint status report on or before **December 18, 2023**, apprising the Court whether the parties have reached a

resolution or intend to proceed with this litigation.

**Done and ordered** in Miami, Florida, on October 5, 2023.

Robert N. Scola, Jr.
United States District Judge