United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ann Johnson, as the representative of a class of similarly situated persons, and on behalf of Royal Caribbean Cruises Ltd Retirement Savings Plan, Plaintiff,<br><br>v.<br><br>Russell Investments Trust Company, fka Russell Trust Company and others, Defendants. | Civil Action No. 22-21735-Civ-Scola |

### **Judgment**

The Court has entered summary judgment. (Order, ECF No. 273.) The Court now enters judgment *in favor of* Defendants Royal Caribbean Cruises Ltd., the Royal Caribbean Cruises Ltd. Investment Committee, and Russell Investments Trust Company, and *against* Plaintiff Ann Johnson, as the representative of a class of those similarly situated, and on behalf of Royal Caribbean Cruises Ltd Retirement Savings Plan, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on January 31, 2025.

_____
Robert N. Scola, Jr.
United States District Judge